# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> YOW CHU, an individual; MEE CHU, an individual; LIQUOR CENTER INC., a California corporation; and Does 1-10, <br><br> Defendants. | Case No.: 2:21-cv-09168-PA-E <br><br> *Hon. Percy Anderson* <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Action Filed:  November 23, 2021 <br> Trial Date:     Not on Calendar |

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendants Yow Chu, Mee Chu, and Liquor Center Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: March 25, 2022

Percy Anderson
United States District Judge